UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERAL HOME LOAN MORTGAGE, its assignees and/or successors, | ) ) ) | CV 11-01104 SVW (MANx) |
| Plaintiff, | ) ) ) | ORDER REMANDING CASE |
| v. | ) ) | |
| TAM NGOC NGUYEN; DOES 1 Through 1-10, Inclusive, | ) ) ) | |
| Defendant. | ) ) | [JS-6] |

**I.   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Valid removal of a civil case to federal court must occur within thirty days of defendant's receipt of the initial complaint. 28 U.S.C. § 1446(b).  In this case, service of the Summons and Complaint on Defendant was effectuated on October 31, 2010.  Defendant filed a Notice of Removal on February 4, 2011.  Defendant's Notice of Removal is denied as untimely, and this case is remanded to the Los Angeles Superior Court.

IT IS SO ORDERED.

DATED: February 23, 2011

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE